In the Matter of the Accounting of ELIZABETH P. DE G. JAMES, as Ancillary Executrix under the Will of AMADEE DE G. JAMES, Deceased, Appellant.

ELIZABETH B. VON DER DECKEN et al., Appellants; PAULINE A. DE LA METTRIE et al., Respondents.

(Submitted June 18, 1928; decided June 21, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 248 N. Y. 1.)

---

ROCKOWITZ CORSET AND BRASSIERE CORPORATION, Appellant, *v.* MADAME X COMPANY, INC., et al., Respondents.

(Submitted June 18, 1928; decided June 21, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 248 N. Y. 272.)